FILED
November 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002196903

RUTH A. ROWLETTE, INC.

777 CAMPUS COMMONS ROAD #200

SACRAMENTO, CA 95825

ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re: LARRY LAUB and

BETTY MORRIS- LAUB        Bank. Case No. 09-33737-B-7

EX PARTE MOTION TO REOPEN CLOSED CASE TO EFFECT ENTRY OF REAFFIRMATION AGREEMENT

       Debtors, LARRY LAUB and BETTY MORRIS-LAUB, by and through their attorney of record, do hereby request that their Chapter 7 bankruptcy case be reopened to allow for the filing of a previously executed reaffirmation agreement.

       Debtors filed a Chapter 7 bankruptcy case on or about July 2, 2009 and were assigned the normal hearing dates for the meeting of creditors. Debtors did appear at the continued hearing date and the trustee, Mr. Frederick J. Lucksinger issued an Order of No Assets. The normal time periods continued to run for filings objections to discharge and none were filed.

       During the time period from the first Meeting of Creditors, debtors and Creditor Wells Fargo Bank entered into negotiations regarding the secured debt for the 2008 Toyota Prius. Near the end of the normal case processing time, debtors and the appropriate representative from Wells Fargo entered into a reaffirmation agreement, it was signed by debtors, then signed by the undersigned as debtors' counsel and forwarded by counsel to the appropriate Wells Fargo office

for signature by their representative. Once that representative had executed the document and attempted to file the reaffirmation with this court, the discharge had been entered and the reaffirmation was unable to be accepted for filing.

Debtors do wish to retain the secured vehicle and all parties are in full agreement that the terms of the reaffirmation agreement are reflective of the wishes of both parties. Debtors respectfully request of this court that the instant Chapter 7 case be reopened for the filing of this reaffirmation agreement. Once the case has been reopened, Wells Fargo can then file the reaffirmation agreement and the case can once again be closed.

Dated: 11-3-09   /s/ Ruth A. Rowlette

Ruth A. Rowlette, Counsel for Debtor